| | |
|---|---|
| 1 | Russell Brown |
| | CHAPTER 13 TRUSTEE |
| 2 | Suite 800 |
| | 3838 North Central Avenue |
| 3 | Phoenix, Arizona 85067-3970 |
| | 602.277.8996 |
| 4 | Fax 602.253.8346 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 13 |
| CORWIN FREDERICK MAURER, | Case No. 2:09-BK-02481 RTB |
| and | **TRUSTEE'S RECOMMENDATION ON AMENDED CHAPTER 13 PLAN** |
| SARA CHRISTINE MAURER, | |
| Debtors. | |

1. The Amended Plan is underfunded due to underestimated priority and secured debt. A balance of $2,918.49 remains on the case. Additional plan yield is required.

2. The proof of claim filed by AmeriCredit Financial Services for the 2004 Chevrolet Impala lists a debt balance of $12,506.01. The Trustee has considered the claim amount in his plan analysis.

3. The proofs of claim filed by the Internal Revenue Service and the Arizona Department of Revenue differ from the creditors' treatment under the Plan. The Trustee has received no notification that the issues have been resolved and the Debtors must resolve the discrepancies before the Trustee recommends confirmation of the Plan. As to each claim, the Trustee requires that the Debtors: (a) file an objection to the claim (if the debt is believed to be unsecured; (b) notify the Trustee **in writing** that the claim issue has been resolved and the holder of the claim will endorse the order confirming the Plan; (c) notify the Trustee **in writing** that the order confirming the Plan will provide for full payment of the claim; or (d) timely file an amended Plan to provide for some or all payment on the claim. If resolution of the claims changes Plan funding requirements, the Trustee requires the receipt of an amended Plan analysis (Local Form 13-2) with any proposed Order confirming the Plan. If one or more objections to the proofs of claim is timely filed by the Debtors, then the time to submit a proposed Order confirming the Plan to the Trustee is extended by 15 days

after substantive completion of the last objection.

4. Schedule J shows Net Monthly Income of $97.86. The proposed plan payment of $372.80 does not appear to be feasible. The Trustee requires that the Debtors file amended Schedules I and J to remove the direct auto payment as the creditor is being paid through the plan. In addition, the Debtors must provide verification of the $600.00 monthly charitable contribution listed on Schedule I and Form B22C.

5. The first plan payment due date of March 13, 2008, is incorrect. The first payment was due March 13, 2009, based on the petition date of February 13, 2009. The Order Confirming must correct the error.

6. Debtor has a domestic support obligation. Pursuant to 11 U.S.C. § 1325(a)(8), the order confirming plan must state: "The Debtor has paid all amounts that are required to be paid under a domestic support obligation and that first became payable after the date of the filing of the petition." Moreover, with the proposed order confirming plan, the Trustee requires that the Debtor give the Trustee verification of being current in post-petition DSO payments.

7. Any Order confirming the Plan must comply with the provisions of the Trustee's Memorandum dated March 19, 1998 (copy enclosed or previously submitted to counsel). The tax years are 2009 and 2010. The time to submit a proposed Order to the Trustee is extended to 15 days after the conclusion of any objection to proof of claim or objection to confirmation.

8. **Plan payment status:** Debtors' interim payments of $372.80 are current through due date September 13, 2009. Payment in like amount is now past due for October, with an additional payment coming due November 13, 2009. Debtors' remittance in the total amount of $745.60 must be received in the Trustee's office not later than November 30, 2009.

Subsequent payments will be due on or before the 13th day of the month, starting December.

9. Other requirements:

(a) Due to the possibility of errors on the claims docket, it is the attorney's responsibility to review all proofs of claim filed with the Court and resolve any discrepancies between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee.

Case 2:09-bk-02481-RTB    Doc 23    Filed 10/29/09    Entered 10/29/09 16:30:53    Desc
Page 2 of 4

(b) Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

(c) The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

(d) The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

SUMMARY

**Pursuant to Local Rule 2084-10, paragraph E.(2), the Debtors must provide the following by November 30, 2009 or the Trustee will lodge an order dismissing the case:**

(a) Items #1 through 9.

**The Court may dismiss the case without further notice for the Debtors' failure to timely comply with the Trustee's Recommendation.** If the Debtors meet all requirements of the Recommendation and this case remains active, Debtors' counsel must submit to the Trustee for review and signature, a proposed stipulated Order Confirming the Amended Plan, signed by all objecting parties, which incorporates the requirements of this Recommendation, no later than November 30, 2009. The Trustee considers the time for reviewing a proposed Order pursuant to Rule 2084-13(c), L.R.B.P., to begin running when all Recommendation conditions are met.

                                                                       Russell Brown
                                                                       Chapter 13 Trustee

A copy of this document was
mailed on the date signed below to:

Corwin and Sara Maurer
21727 N. 80th Lane
Peoria, AZ 85382
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtors

1
2
3  *jmorales@ch13bk.com*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28