**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Phone:  (623) 939-6546**
**Fax:      (623) 939-6718**
attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA, PHOENIX DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 Proceedings |
| | ) | |
| CORWIN FREDERICK MAURER and | ) | Case No. 2:09-bk-02481-RTB |
| SARA CHRISTINE MAURER, | ) | |
| | ) | |
| | ) | MOTION FOR MORATORIUM |
| Debtors. | ) | |
| _____ | ) | |

COME NOW the Debtors, CORWIN FREDERICK MAURER and SARA CHRISTINE MAURER, by and through their attorney undersigned, and respectfully move this Court to enter an Order for a Moratorium of Debtors' Chapter 13 Payments.

The reason for this request is that the SARA CHRISTINE MAURER has loss her job.  Sara was receiving supplemental income from a plan she was on, but it has expired.  Sara is now on unemployment and therefore Debtors have very little income availible to pay the Chapter 13 payments.

Debtors request a moratorium for payments October, 2009 through March, 2010, with the Debtors next payment to begin April, 2010 in hopes that Debtor finds new employment.

Based on the above, Debtors respectfully request that the Court grant their Motion for Moratorium of their Chapter 13 Plan payments for the months of October, 2009 through March, 2010.

RESPECTFULLY SUBMITTED this 12th day of November, 2009.

JOSEPH W. CHARLES, P.C.

By  /s/ Joseph W. Charles
    JOSEPH W. CHARLES
    5704 West Palmaire Avenue
    Post Office Box 1737
    Glendale, Arizona  85311
    Attorney for Debtors

Copy of the foregoing Motion
mailed this 12th day of
November, 2009, to:

Russell Brown
Chapter 13 Trustee
Suite 800
3838 North Central Avenue
Phoenix, AZ 85067-3970

Office of the U.S. Trustee
230 N 1st Ave
Phoenix AZ 85003

all creditors on mailing matrix
(see attached)

  /s/ Paulina Poniatowski