*JOSEPH W. CHARLES, P.C.*
*5704 West Palmaire Avenue*
*P.O. Box 1737*
*Glendale, Arizona 85311-1737*
*Phone: (623) 939-6546*
*Fax: (623) 939-6718*
attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA, PHOENIX DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 Proceedings |
| | ) | |
| CORWIN FREDERICK MAURER and | ) | Case No. 2:09-bk-02481-RTB |
| SARA CHRISTINE MAURER, | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | **ORDER** |
| _____ | ) | |

Pursuant to the Motion for Moratorium filed by Debtors, and good cause appearing,

IT IS HEREBY ORDERED granting Debtors a Moratorium on the October, 2009 to March, 2010, Chapter 13 Plan Payments.

DONE IN OPEN COURT THIS _____ day of _____, 2008.

_____
JUDGE-U.S. BANKRUPTCY COURT