Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CORWIN FREDERICK MAURER,<br><br>and<br><br>SARA CHRISTINE MAURER,<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2:09-BK-02481 RTB<br><br>**TRUSTEE'S RECOMMENDATION ON MOTION FOR MORATORIUM** |

The Trustee has reviewed the Motion for Moratorium filed November 12, 2009.

1. The motion proposes the following changes in the Plan:

    (a) A payment waiver is requested for the months of October 2009 through March 2010.

    (b) Debtors will resume making payments in April 2010.

2. The Trustee incorporates all items listed in his recommendation on the Amended Plan dated October 29, 2009.

SUMMARY

**Pursuant to the Court's Order Re: Procedures for Confirmation of Plans, paragraph E.(2), the Debtors must provide the following by February 11, 2010 or the Trustee will lodge an order dismissing the case:**

(a) Item #2.

**The Court may dismiss the case without further notice for the Debtors' failure to timely comply with the Trustee's Recommendation.** If the Debtors meet all requirements of the Recommendation and this case remains active, Debtors' counsel must submit to the Trustee for review and signature, **a proposed stipulated Order Confirming the Amended Plan & Motion for**

**Moratorium,** signed by all objecting parties, which incorporates the requirements of this Recommendation, no later than February 11, 2010. The Trustee considers the time for reviewing a proposed Order pursuant to Rule 2084-13(c), L.R.B.P., to begin running when all Recommendation conditions are met.

                                                                                                       _____
Russell Brown
Chapter 13 Trustee

A copy of this document was
mailed on the date signed below to:

Corwin and Sara Maurer
21727 N. 80th Lane
Peoria, AZ 85382
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtors

_____
*jmorales@ch13bk.com*