**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**623-939-6546**
LawOffice@joecharles.com
JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: ) | In Proceedings Under Chapter 13 |
| ) | |
| CORWIN FREDERICK MAURER and ) SARA CHRISTINE MAURER, ) | Case No. 2-09-BK-02481-RTB |
| ) | **MOTION TO DISMISS** |
| ) | **CHAPTER 13 PROCEEDINGS** |
| Debtors. ) | |
| _____ ) | |

COMES NOW the Debtors Corwin Frederick Maurer and Sara Christine Maurer, by and through counsel undersigned, and hereby request that the Court dismiss their case.

Debtors no longer believe that bankruptcy protection is in their best interest. Sara has been unable to obtain new employment. The lack of income has made it impossible to retain the car as they desired, make their plan payment, and pay for regular daily expenses.

THEREFORE, based on these circumstances, Debtors asks that the Court dismiss the case.

RESPECTFULLY SUBMITTED this 21st day of April, 2010

JOSEPH W. CHARLES, P.C.

/s/ *JOSEPH W. CHARLES*
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtor

1

| | |
|---|---|
| 1 | COPY of the foregoing mailed |
| 2 | This 21st day of April 2010 to: |
| 3 | Russell Brown |
| | Chapter 13 Trustee |
| 4 | Suite 800 |
| 5 | 3838 North Central Avenue |
| | Phoenix, AZ 85067-3970 |
| 6 | |
| 7 | By: *C. Short* |